# UNITED STATES DISTRICT COURT

**FILED**

for the

Eastern District of California

JAN 3 1 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   2:14-MJ-0017KJN |
| | ) | |
| | ) | |
| | ) | |
| MICHAEL MARTIN | ) | |
| *Defendant(s)* | | |

## Amended CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of _____ January 29, 2014 _____ in the county of _____ San Joaquin _____ in the

_Eastern_ District of _____ California _____ , the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts: See Attached Affidavit

(see attachment)

☒ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Kevin Baker
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   January 30 2014

_____
*Judge's signature*

City and state:   Sacramento, California

Kendall J. Newman, U.S. Magistrate Judge
*Printed name and title*

## Amended Affidavit in Support of Request for Complaint and Arrest Warrant

I, Kevin Baker, being first duly sworn, hereby depose and state as follows:

## I.   Introduction and Agent Background

1.      I am employed as a Special Agent with the Federal Bureau of Investigation ("FBI"), currently assigned to the Sacramento Division.  I have been an FBI Special Agent for 26 years.

2.      I am currently assigned to the Stockton Resident Agency.  My responsibilities include the investigation of violent crimes, including armed robberies and investigations involving the illegal possession of firearms, among other things.

3.      As a federal agent, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute warrants issued under the authority of the United States.

## II.   Purpose of the Affidavit

4.      I make this affidavit in support of an application for a complaint and arrest warrant charging MICHAEL MARTIN, resident of 2035 Jenni Lane, Tracy, CA 95377, with being felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).  As set forth below, on January 29, 2014, I and other law enforcement executed a search warrant at MARTIN's residence.  During the search of that residence, a loaded firearm was located.

5.      The facts stated in this Affidavit are based on my personal knowledge, on my review of reports prepared by other law enforcement officers and records prepared by others, and on conversations I have had with other law enforcement officers and witnesses involved in this investigation.  Because this Affidavit is made for the limited purpose of obtaining a complaint and arrest warrant, I have not set forth each and every fact learned during the course of this investigation.  Rather, I have set forth only those facts that I believe are necessary to establish probable cause.  Unless otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part.

## III.   Probable Cause

### A.  MARTIN's Residence is Searched and A Firearm is Recovered

6.      On January 28, 2014, the Honorable Kendall J. Newman authorized a search of MARTIN's residence, located at of 2035 Jenni Lane in Tracy, California, for evidence of violations of Title 18 U.S.C. § 1951(a) – Interference with Commerce by Threats or Violence (Robbery and Conspiracy to Commit Robbery).

7.      On January 29, 2014, I and other law enforcement agents executed the search warrant at MARTIN's residence.  Under the bed located in the master bedroom, agents found a locked lockbox.  MARTIN was simultaneously giving a Mirandized statement to

1

law enforcement. MARTIN was asked what was in the lockbox, and he responded that it held various personal papers. MARTIN was asked how to open the lockbox, and he responded that a key to the lockbox was hidden in a planter located next to the bed. Agents found the key where MARTIN said it would be and opened the lockbox. Inside, they found a loaded .38 caliber handgun. There was also a box of .38 caliber ammunition and a receipt for the handgun indicating it had been purchased by MARTIN's wife in 2010. There was nothing else inside the lockbox.

**8.5**     The firearm in question was a European American Armory Windicator pistol serial number 1554674. I spoke with ATF Special Agent Matthew Garrett who performs interstate nexus searches for the ATF. Special Agent Garrett informed me that based upon the description of the firearm set forth above, this revolver would have been manufactured by Hermann Weihrauch GmbH in Germany and imported into the United States by European American Armory Corporation located in Florida. In addition, I spoke with the FBI evidence custodian who removed the actual firearm from evidence and reviewed it for me. She confirmed that the firearm had the words on it, "Made in Germany" on it. In addition, FBI Special Agent Beth Alvarez, who was the designated search team leader, she stated that she remembered the seized box of ammunition contained the words made in Mexico.

8.     When asked about the firearm in the lockbox, MARTIN claimed to have forgotten it was there. He admitted that he was present when his wife purchased the firearm, and said she did so for home protection. He further admitted it was likely that the firearm would bear his fingerprints, again stating that he had been present when she purchased it. MARTIN stated the weapon had never been fired. MARTIN said the firearm belonged to his wife, and was not his.

9.     I have reviewed MARTIN's criminal history and confirmed that in 1998 he suffered a felony conviction for Robbery in violation of California Penal Code, Section 211; and a felony conviction for being an Accessory in violation of California Penal Code, Section 32.

10.     After MARTIN made his statement to law enforcement, he was taken into custody, where he currently remains.

**IV.     Conclusion**

11.     Based on the aforementioned knowledge and given all of the other facts recited herein, there is probable cause to believe that MICHAEL MARTIN has violated 18 U.S.C. § 922(g)(1), being a felon in possession of a firearm. I request that a complaint issue charging him with this offense, and that a warrant for his arrest issue.

///

///

2

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief,

_____

Kevin Baker
Special Agent, Federal Bureau of Investigation

Approved as to form.

_____

Philip A. Ferrari
Assistant United States Attorney

Sworn to and subscribed to before me on this 30th day of January, 2014.

_____

HON. KENDALL J. NEWMAN
United States Magistrate Judge

3

Penalty Slip

| Defendant | Count(s) |
|-----------|----------|
| Michael Martin | 1 |

| Count One | |
|-----------|--------|
| VIOLATION | 18 U.S.C. § 922(g)(1)-Felon in Possession of a Firearm |
| PENALTY | A maximum of 10 years of imprisonment, Up to $250,000 fine, At least 3 years of term of supervised release |

| Special Assessment | $100.00 each count |
|--------------------|--------------------|